CITI–LEASE COMPANY v. TOD I. MAMMUTH.

March 4, 1985.

Petition for certification denied.

LODI INDUSTRIES CORP. v. KAUFMAN CARPET CO., INC.

March 4, 1985.

Petition for certification denied.

STATE OF NEW JERSEY v. PAULETTE TIEBOUT.

March 4, 1985.

Petition for certification denied.

STATE OF NEW JERSEY v. JAMES PHILLIP BENNETT
AND JOHN MARFOGLIO.

March 4, 1985.

Petition for certification denied.